*Tuesday, December 22, 1998*

## MOTION DOCKET

**97–929.   State v. McNeill.**
Lorain App. No. 95CA006158.   Upon consideration of the motion filed by counsel for appellant to stay execution in the above-styled cause pending the exhaustion of state post-conviction remedies, and it appearing from the exhibits to the motion that a petition for post-conviction relief was filed by appellant with the Lorain County Common Pleas Court,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that execution of sentence be, and the same is hereby, stayed, pending the exhaustion of all proceedings for post-conviction relief before courts of this state, including any appeals.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.

**98–2595.   State v. Wheatley.**
Cuyahoga App. No. 72422.   This cause is pending before the court as a discretionary appeal and claimed appeal of right.   Upon consideration of appellant's motion for stay of court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

## DISCIPLINARY DOCKET

**97–2647.   Cleveland Bar Assn. v. Shafran.**
On December 14, 1998, respondent filed a motion for extension of time to respond to this court's order to show cause entered November 24, 1998.   Whereas the Rules of Practice of the Supreme Court of Ohio do not permit a request for extension of time to file a response to a show cause order,

IT IS ORDERED by the court, *sua sponte*, that the motion for extension of time be, and hereby is, stricken.

## MISCELLANEOUS DISMISSALS

**98–2655.   State ex rel. Timberland Dev. Co. v. Boyle.**
In Prohibition.   This cause originated in this court on the filing of a complaint for a writ of prohibition and was considered in a manner prescribed by law.   Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, December 23, 1998*

## MOTION DOCKET

**98–2531.   Natl. City Bank v. Beyer.**
Huron App. No. H–98–006.   This cause is pending before the court as a discretionary appeal and cross-appeal.   Upon consideration of the motion of appellant, state of New Jersey, for stay of court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

RESNICK, J., not participating.